AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:14-mJ-0127 |
| Joseph Gonzalez ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 1/28/14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David Castillo
*Printed name and bar number of defendant's attorney*

FED ID NO. 27997
TEXAS STATE BAR NO. 24028489
1202 HOUSTON STREET, LAREDO, TEXAS 78040
*Address of defendant's attorney*

david_castillo@fd.org
*E-mail address of defendant's attorney*

956-753-5313
*Telephone number of defendant's attorney*

956-753-5317
*FAX number of defendant's attorney*