# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

U.S. MAGISTRATE COURT
JSH – SDTY

JAN 3 0 2014   CLR

Laredo Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs | § | L-14-MJ-127-01 |
| **JOSEPH GONZALES** | § | |

## ORDER

The Court, having considered "Pretrial Services Report" received **January 30, 2014**, is of the opinion and hereby orders that the defendant's bond set at $75,000.00, cash or surety remain as initially set by the Court.

SIGNED, this 30th day of January, 2014.

_____
J. SCOTT HACKER
United States Magistrate Judge

JSH/cr