UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Magistrate Court
DSQ-SDTX
FILED

FEB 20 2014

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. L-14-MJ-00127 |
| JOSEPH GONZALES | § | |

ORDER

Upon consideration of Government's Motion to Dismiss, it is hereby ORDERED that the **Criminal Complaint** in the above-styled and numbered cause be DISMISSED without prejudice as to Defendant, **JOSEPH GONZALES** in the interest of justice.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Laredo, Texas, this 20th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
DIANA SONG QUIROGA

U. S. MARSHAL'S OFFICE
BY: O Juarez
DATE: 2/21/14
TIME: 11:39